IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, | No. C 08-04878 CW |
| Plaintiff, | ORDER TAKING MOTION UNDER SUBMISSION |
| v. | |
| COMPUCREDIT CORPORATION, | |
| Defendant.                                  / | |

    Notice is hereby given that the Court, on its own motion, shall take Defendants' Motion to Stay Proceedings under submission on the papers. The hearing previously scheduled for June 11, 2009, is vacated. Plaintiff's opposition to the motion will be due one week from the date of this order limited to 7 pages, and any reply by Defendants will be due one week thereafter limited to 3 pages.

    IT IS SO ORDERED.

Dated: 5/8/09

                                                 CLAUDIA WILKEN
                                                 United States District Judge