MCGUIREWOODS LLP
Susan L. Germaise (State Bar No. 176595)
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone: (310) 315-8200
Telecopier: (310) 315-8210
sgermaise@mcguirewoods.com

David L. Hartsell (admitted *Pro Hac Vice*
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
dhartsell@mcguirewoods.com

Attorneys for Defendant
COMPUCREDIT CORPORATION

MORRISON & FOERSTER LLP
JAMES R. MCGUIRE (State Bar No. 189275)
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268 -7000
Telecopier: (415) 268-7522
JMcGuire@mofo.com
TIM A. O'BRIEN (Pro Hac Vice)
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
TOBrien@mofo.com

Attorneys for Defendant
COLUMBUS BANK AND TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD and DEBORAH MCCLEESE, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br>  vs.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>        Defendants. | CASE NO.  4:08-cv-4878-CW<br><br>**DEFENDANTS COMPUCREDIT CORPORATION'S  AND COLUMBUS BANK AND TRUST COMPANY'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THEIR MOTION FOR STAY PENDING APPEAL** |

9036542.1

Pursuant to Civil Local Rules 6-1, 6-3 and 7-11, Defendants Compucredit Corporation and Columbus Bank and Trust ("Defendants") hereby move this Court for an administrative stay of all proceedings related to Defendants until the court has resolved Defendants' Motion for a Stay pending its appeal to the Ninth Circuit of the denial of Defendants' Motion to Compel Arbitration. In particular, Defendants' stay request includes their obligations under the Court's scheduling order, discovery obligations, the Case Management Conference currently scheduled for May 12, 2009 and the deadline to answer or other response to plaintiffs' complaint.  A brief administrative stay is necessary for the same reasons that led this Court to grant a prior administrative stay pending resolution of the motion to compel arbitration.  The plaintiffs will suffer no prejudice from a brief delay, while Defendants will suffer irreparable harm if forced to proceed with litigation of this case while the court considers whether to grant Defendants' motion for a stay pending appeal, which is scheduled for hearing on June 11, 2009.

An interim stay is necessary in light of several rapidly approaching deadlines that would require Defendants to participate in discovery and case management-related matters notwithstanding the pendency of its appeal.  Indeed, under the Court's order denying Defendants' motion to compel arbitration, the parties were to hold a Rule 26(f) discovery conference and submit a Joint Case Management Statement by May 5, 2009.  Defendants advised Plaintiffs that Defendants believed that any action with respect to this case would be premature absent resolution of the issues pending appeal and participated in such discussions only to that extent, but Plaintiffs have insisted that the action should move forward.  Thus, without a brief administrative stay, the parties will be forced to expend time and resources conferring about and formulating a discovery plan that would be rendered obsolete were this Court to grant a stay pending appeal and would be rendered moot were the Ninth Circuit to resolve the appeal in Defendants' favor.  Neither the parties nor the Court would benefit from that potential waste of time and effort.

The administrative stay that Defendants request would be limited in duration.  In its motion for a stay pending appeal (filed concurrently with this motion), Defendants have sought to notice a hearing for June 11, 2009, which Defendants understand is the Court's earliest available hearing date consistent with Local Rule 7-2(a).  To further reduce the length of the requested interim stay,

9036542.1

2

1  Defendants would be amenable to expediting the briefing schedule for its stay motion and
2  advancing the hearing date.
3        For the foregoing reasons, this Court should issue an administrative stay of all proceedings
4  related to Defendants until the Court has resolved Defendants' motion for a stay pending appeal.

5  DATED: May 8, 2009        MCGUIREWOODS LLP

7        By: /S/ Susan L. Germaise
           Susan L. Germaise
8        Attorneys for Defendant Compucredit
       Corporation

10 DATED: May 8, 2009        MORRISON & FOERSTER LLP

12        By: /s/ James R. McGuire
           James R. McGuire
13        Attorneys for Defendant COLUMBUS BANK
       AND TRUST COMPANY

9036542.1

3

Defendants Compucredit Corporation and Columbus Bank and Trust Administrative
Motion to Stay Proceedings Pending Resolution of Its Motion for Stay Pending Appeal

**CERTIFICATE OF SERVICE**

I, Susan L. Germaise, certify that on May 8, 2009, the foregoing DEFENDANTS COMPUCREDIT CORPORATION'S AND COLUMBUS BANK AND TRUST COMPANY'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THEIR MOTION FOR STAY PENDING APPEAL was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

| | |
|---|---|
| Jay Edward Smith, Esq.<br>js@gslaw.org | Adrian John Barnes, Esq.<br>abarnes@gslaw.org |
| Christopher Joseph Nicholson<br>cnicholson@waadlaw.com | Gregory Hascal Hawley<br>ghawley@waadlaw.com |
| Kasie M. Braswell, Esq.<br>kasie@taylormartino.com | Laurie Adrea Traktman, Esq.<br>lat@gslaw.org |
| Steven Anthony Martino, Esq.<br>stevemartino@taylormartino.com | William Lloyd Copeland, Esq.<br>lloyd@taylormartino.com |
| Tim A. O'Brien, Esq.<br>tobrien@mofo.com | James R. McGuire, Esq.<br>jmcguire@mofo.com |
| U.W. Clemon, Esq.<br>uwclemon@waadlaw.com | David L. Hartsell, Esq.<br>dhartsell@mcguirewoods.com |

On May 8, 2009 the following party admitted *pro hac vice*, without a registered NEF email address, was served a copy of the foregoing efiled document via First Class, Postage-Paid U.S. Mail:

Richard R. Rosenthal, Esq.
Law Offices of Richard R. Rosenthal, PC
200 Title Building
300 N. Richard Arrington Jr. Blvd.
Birmingham, AL  35203

/s/ Susan L. Germaise_____
Susan L. Germaise

9036542.1

4

Defendants Compucredit Corporation and Columbus Bank and Trust Administrative
Motion to Stay Proceedings Pending Resolution of Its Motion for Stay Pending Appeal