JAY SMITH (California Bar No. 166105)
LAURIE A. TRAKTMAN (California Bar No. 165588)
ADRIAN BARNES (California Bar No. 253131)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone:   (323) 938-3000
Fax:         (323) 937-9139

STEVEN A. MARTINO *(pro hac vice)*
W. LLOYD COPELAND *(pro hac vice)*
KASIE M. BRASWELL *(pro hac vice)*
**TAYLOR-MARTINO-ZARZAUR, PC**
51 St. Joseph Street
Mobile, Alabama  36602
Telephone:   (251) 433-3131
Fax:         (251) 405-5080

GREGORY HAWLEY *(pro hac vice)*
U. W. CLEMON *(pro hac vice)*
CHRISTOPHER J. NICHOLSON *(pro hac vice)*
**WHITE, ARNOLD & DOWD, PC**
2025 Third Avenue North, Suite 500
Birmingham, Alabama  35203
Telephone:   (205) 323-1888
Fax:         (205) 323-8907

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>Defendants. | Case No. 4:08-cv-4878<br><br>**STIPULATION OF THE PARTIES TO FILING OF SECOND AMENDED COMPLAINT** |

1

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that Plaintiffs may file a Second Amended Complaint, a copy of which is attached hereto. This Stipulation is made pursuant to Rule 15(a)(2), Fed. R. Civ. Proc.

It is also stipulated by and between the parties hereto through their respective attorneys of record that Defendants shall have 30 days to file a motion to dismiss, answer or otherwise respond to the Second Amended Complaint.

May 15, 2009                                         /s/ Steven A. Martino
                                                     STEVEN A. MARTINO
                                                     Attorney for Plaintiffs

May 15, 2009                                         /s/ Susan L. Germaise
                                                     SUSAN L. GERMAISE
                                                     Attorney for Defendant Compucredit Corporation

May 15, 2009                                         /s/ Tim A. O'Brien
                                                     TIM A. O'BRIEN
                                                     Attorney for Defendant Columbus Bank and Trust Company

SO ORDERED _____
           Judge Claudia Wilken