IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WANDA GREENWOOD, et al.,                    No. 08-04878 CW

    Plaintiffs,                              ORDER VACATING
                                            HEARING DATE
  v.

COMPUCREDIT CORPORATION, et al.,

    Defendants.
                                       /

    On June 15, 2005, Plaintiffs filed a Motion for Leave to File Third Amended Complaint.  Defendants' opposition (or statement of non-opposition) to the motion will be due July 2, 2009, and any reply by Plaintiffs will be due July 9, 2009.  The hearing set for July 23, 2009, is vacated and will be reset if necessary.

    IT IS SO ORDERED.

      6/18/09

Dated _____              _____
                                           CLAUDIA WILKEN
                                           United States District Judge