JAY SMITH (California Bar No. 166105)
LAURIE A. TRAKTMAN (California Bar No. 165588)
ADRIAN BARNES (California Bar No. 253131)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone:   (323) 938-3000
Fax:         (323) 937-9139

STEVEN A. MARTINO *(pro hac vice)*
W. LLOYD COPELAND *(pro hac vice)*
KASIE M. BRASWELL *(pro hac vice)*
**TAYLOR-MARTINO-ZARZAUR, PC**
51 St. Joseph Street
Mobile, Alabama  36602
Telephone:   (251) 433-3131
Fax:         (251) 405-5080

GREGORY HAWLEY *(pro hac vice)*
U. W. CLEMON *(pro hac vice)*
CHRISTOPHER J. NICHOLSON *(pro hac vice)*
**WHITE, ARNOLD & DOWD, PC**
2025 Third Avenue North, Suite 500
Birmingham, Alabama  35203
Telephone:   (205) 323-1888
Fax:         (205) 323-8907

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>                    Defendants. | Case No. 4:08-cv-4878<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER** |

1

STIPULATED REQUEST FOR ORDER CHANGING TIME:  CASE NO. 4:08-cv-4878

Plaintiffs Wanda Greenwood, Ladelle Hatfield, and Deborah McCleese ("Plaintiffs") and Defendants Compucredit Corporation and Columbus Bank and Trust Company ("Defendants"), stipulate and jointly request that the Court modify the Minute Order and Case Management Order dated May 20, 2009 (the "May 20, 2009 Scheduling Order"). The parties make this request pursuant to Civil L.R. 6-2 and 7-11. Plaintiffs have submitted Declarations supporting this request herewith.

The parties stipulate and request that the Court modify the May 20, 2009 Scheduling Order to extend the deadline to amend pleadings to August 7, 2009, so that the Stipulation of the Parties to Filing of Third Amended Complaint filed concurrently with this Stipulated Request precedes that deadline, and, in the event that the Court issues an order permitting Plaintiffs to file a Third Amended Complaint, pursuant to the above-mentioned Stipulation, so that Plaintiffs will have sufficient time to file their proposed Third Amended Complaint.

July 20, 2009                         /s/ Jay Smith
                                      JAY SMITH
                                      Attorney for Plaintiffs


July 22, 2009                         /s/ Susan L. Germaise
                                      SUSAN L. GERMAISE
                                      Attorney for Defendant Compucredit Corporation


July 22, 2009                         /s/ Tim A. O'Brien
                                      TIM A. O'BRIEN
                                      Attorney for Defendant Columbus Bank and Trust Company

PURSUANT TO STIPULATION, IT IS SO ORDERED  
                                                           Judge Claudia Wilken

STIPULATED REQUEST FOR ORDER CHANGING TIME: CASE NO. 4:08-cv-4878