MCGUIREWOODS LLP
Susan L. Germaise (State Bar No. 176595)
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
Telephone: (310) 315-8200
Telecopier: (310) 315-8210
sgermaise@mcguirewoods.com

David L. Hartsell *Pro Hac Vice*
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
dhartsell@mcguirewoods.com

Attorneys for Defendant
COMPUCREDIT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD and DEBORAH MCCLEESE, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>　　　　　Defendants. | CASE NO.  4:08-cv-4878-CW<br><br>MODIFIED<br>[PROPOSED] ORDER RE STIPULATED REQUEST FOR ORDER CHANGING TIMES SET FORTH IN CASE MANAGEMENT ORDER |

Pursuant to the terms set forth in the Stipulated Request for an Order Changing Times Set Forth in the Case Management Order submitted by Plaintiffs Wanda Greenwood, Ladelle Hatfield and Deborah Mccleese and Defendants CompuCredit Corporation and Columbus Bank and Trust, and good cause appearing therefor,

The times set forth in the Case Management Order are continued as follows:

　　a.　　Completion for Class Certification Fact Discovery:

　　　　From October 1, 2009 to October 31, 2009;

1     b.    Class Certification Briefing as Scheduled:

2         Opening Brief - From October 29, 2009 to November 12, 2009

3         Opposition Brief - From November 12, 2009 to November 27, 2009

4         Reply Brief - From November 27, 2009 to December 3, 2009

5     c.    Hearing on Class Certification Motion:

6         From December 3, 2009 to ~~December 10, 2009~~.   DECEMBER 17, 2009.

7 **IT IS SO ORDERED.**

9 Dated:   September 24, 2009

_____
The Honorable
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Claudia Wilken / signature]

2

# CERTIFICATE OF SERVICE

I, Susan L. Germaise, certify that on September 23, 2009, the foregoing **[PROPOSED] ORDER RE STIPULATED REQUEST FOR ORDER CHANGING TIMES SET FORTH IN CASE MANAGEMENT ORDER** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

| | |
|---|---|
| Jay Edward Smith, Esq. | Adrian John Barnes, Esq. |
| js@gslaw.org | abarnes@gslaw.org |
| | |
| Christopher Joseph Nicholson | Gregory Hascal Hawley |
| cnicholson@waadlaw.com | ghawley@waadlaw.com |
| | |
| Kasie M. Braswell, Esq. | Laurie Adrea Traktman, Esq. |
| kasie@taylormartino.com | lat@gslaw.org |
| | |
| Steven Anthony Martino, Esq. | William Lloyd Copeland, Esq. |
| stevemartino@taylormartino.com | lloyd@taylormartino.com |
| | |
| Tim A. O'Brien, Esq. | James R. McGuire, Esq. |
| tobrien@mofo.com | jmcguire@mofo.com |
| | |
| U.W. Clemon, Esq. | David L. Hartsell, Esq. |
| uwclemon@waadlaw.com | dhartsell@mcguirewoods.com |

On September 23, 2009 the following party admitted *pro hac vice*, without a registered NEF email address, was served a copy of the foregoing efiled document via First Class, Postage-Paid U.S. Mail:

Richard R. Rosenthal, Esq.
Law Offices of Richard R. Rosenthal, PC
200 Title Building
300 N. Richard Arrington Jr. Blvd.
Birmingham, AL  35203

/s/ Susan L. Germaise_____
Susan L. Germaise