JAY SMITH (California Bar No. 166105)
LAURIE A. TRAKTMAN (California Bar No. 165588)
ADRIAN BARNES (California Bar No. 253131)
STEPHANIE N, JOHNSON (*pro hac vice*)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone:   (323) 938-3000
Fax:         (323) 937-9139

STEVEN A. MARTINO (*pro hac vice*)
W. LLOYD COPELAND (*pro hac vice*)
KASIE M. BRASWELL (*pro hac vice*)
**TAYLOR-MARTINO-ZARZAUR, PC**
51 St. Joseph Street
Mobile, Alabama  36602
Telephone:   (251) 433-3131
Fax:         (251) 405-5080

GREGORY HAWLEY (*pro hac vice*)
U. W. CLEMON (*pro hac vice*)
CHRISTOPHER J. NICHOLSON (*pro hac vice*)
**WHITE, ARNOLD & DOWD, PC**
2025 Third Avenue North, Suite 500
Birmingham, Alabama  35203
Telephone:   (205) 323-1888
Fax:         (205) 323-8907

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>                    Defendants. | Case No. 4:08-cv-4878<br><br>**[~~PROPOSED~~] ORDER RE STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR PROTECTIVE ORDERS AND SHORTENING TIME FOR DEFENDANTS' REPLY** |

Pursuant to the terms set forth in the Stipulated Request for an Order Extending Time for Plaintiffs' Opposition to Defendants' Motions for Protective Orders and Shortening Time for Defendants' Reply submitted by Plaintiffs Wanda Greenwood, Ladelle Hatfield and Deborah McCleese and Defendants CompuCredit Corporation and Columbus Bank and Trust, and good cause appearing therefore,

The briefing schedule for Defendants' Motions for Protective Orders shall be modified as follows:

1. Plaintiffs' Opposition Brief:

    From October 6, 2009 to October 15, 2009

2. Defendants' Reply Briefs:

    From October 13, 2009 to October 20, 2009

3. The Hearing on Defendants' Motions for Protective Orders shall remain on October 27, 2009.

**IT IS SO ORDERED**

Dated:

The
Eliz



1

# CERTIFICATE OF SERVICE

I, Stephanie N. Johnson, certify that on October 1, 2009, the foregoing STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR PROTECTIVE ORDERS AND SHORTENING TIME FOR DEFENDANTS' REPLY; DECLARATION OF STEPHANIE N. JOHNSON was filed electronically in the Court's ECF; thereby the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered email addresses of parties of record in this case, in particular the following:

| | |
|---|---|
| Jay Edward Smith, Esq.<br>js@gslaw.org | Adrian Barnes, Esq.<br>abarnes@gslaw.org |
| Christopher Joseph Nicholson<br>cnicholson@waadlaw.com | Greg Hascal Hawley<br>ghawley@waadlaw.com |
| Kasie M. Braswell, Esq.<br>kasie@taylormartino.com | Laurie Adrea Traktman, Esq.<br>lat@gslaw.org |
| Steven Anthony Martino, Esq.<br>stevemartino@taylormartino.com | William Lloyd Copeland, Esq.<br>Lloyd@taylormartino.com |
| Tim A. O'Brien, Esq.<br>tobrien@mofo.com | James R. McGuire, Esq.<br>jmcguire@mofo.com |
| U.W. Clemon, Esq.<br>uwclemon@waddlaw.com | David L. Hartsell, Esq.<br>dhartsell@mcquirewoods.com |
| Susan L. Germaise<br>sgermaise@mcguirewoods.com | |

/s/ Stephanie N. Johnson
Stephanie N. Johnson

2