JAY SMITH (California Bar No. 166105)
LAURIE A. TRAKTMAN (California Bar No. 165588)
ADRIAN BARNES (California Bar No. 253131)
STEPHANIE N. JOHNSON *(pro hac vice)*
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone:   (323) 938-3000
Fax:         (323) 937-9139

STEVEN A. MARTINO *(pro hac vice)*
W. LLOYD COPELAND *(pro hac vice)*
KASIE M. BRASWELL *(pro hac vice)*
**TAYLOR-MARTINO-ZARZAUR, PC**
51 St. Joseph Street
Mobile, Alabama  36602
Telephone:   (251) 433-3131
Fax:         (251) 405-5080

GREGORY HAWLEY *(pro hac vice)*
U. W. CLEMON *(pro hac vice)*
CHRISTOPHER J. NICHOLSON *(pro hac vice)*
**WHITE, ARNOLD & DOWD, PC**
2025 Third Avenue North, Suite 500
Birmingham, Alabama  35203
Telephone:   (205) 323-1888
Fax:         (205) 323-8907

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>   v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>                              Defendants. | Case No. 4:08-cv-4878<br><br>Magistrate Judge Laporte<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

1

THIS MATTER came before the Court on Plaintiffs' Motion to Compel, filed November 10, 2009. Having read and considered the relevant pleadings, evidence, and arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Compel is granted in part and denied in part.

IT IS FURTHER ORDERED that, by January 15, 2010, Defendant Columbus Bank and Trust shall produce all complaints made by California residents from October 24, 2004 to the present regarding the annual fees, monthly maintenance fees, or account opening fees associated with the Little Rock Aspire Visa Program.

IT IS FURTHER ORDERED that all other requests contained in Plaintiffs' Motion to Compel are DENIED.

IT IS SO ORDERED:

DATED: January 4, 2010       By: *Elijah D. Laporte*

                                                Magistrate Judge Elizabeth Laporte