1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

| | |
|---|---|
| 12  WANDA GREENWOOD, LADELLE HATFIELD and DEBORAH MCCLEESE, on behalf of themselves and others similarly situated, | Case No. 4:08-cv-4878-CW |
| 14              Plaintiffs, | **ORDER AS MODIFIED RE COLUMBUS BANK AND TRUST COMPANY'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO SUBMIT CLASS NOTICE PLAN** |
| 15     v. | |
| 16  COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually, | |
| 18              Defendants. | |

ORDER RE CB&T'S MOTION TO ENLARGE TIME TO SUBMIT CLASS NOTICE PLAN:
CASE NO. 4:08-CV-4878-CW
dc-591133

1 | After full consideration of the pleadings and papers submitted in support of Defendant Columbus Bank and Trust Company's Motion to Enlarge Time to Submit Class Notice Plan, and good cause appearing therefore, the parties shall have until **February 19**, 2010 to meet and confer and attempt to agree on a class notice plan.  If the parties cannot agree, they shall each submit to the Court their own plan by **February 19**, 2010.

Dated: 02/08/10

_____
Claudia Wilken
United States District Judge

1