1 | JAY SMITH (California Bar No. 166105)
LAURIE A. TRAKTMAN (California Bar No. 165588)
2 | ADRIAN BARNES (California Bar No. 253131)
LINDA S. FANG (California Bar No. 240245)
3 | STEPHANIE N. JOHNSON (*pro hac vice*)
**GILBERT & SACKMAN**
4 | **A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
5 | Los Angeles, California 90010
Telephone: (323) 938-3000
6 | Fax: (323) 937-9139

7 | STEVEN A. MARTINO *(pro hac vice)*
W. LLOYD COPELAND *(pro hac vice)*
8 | KASIE M. BRASWELL *(pro hac vice)*
**TAYLOR-MARTINO, PC**
9 | 51 St. Joseph Street
Mobile, Alabama 36602
10 | Telephone: (251) 433-3131
Fax: (251) 405-5080

11 | GREGORY HAWLEY *(pro hac vice)*
12 | U. W. CLEMON *(pro hac vice)*
CHRISTOPHER J. NICHOLSON *(pro hac vice)*
13 | **WHITE, ARNOLD & DOWD, PC**
2025 Third Avenue North, Suite 500
14 | Birmingham, Alabama 35203
Telephone: (205) 323-1888
15 | Fax: (205) 323-8907

16 | Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>Defendants. | Case No. 4:08-cv-4878<br><br>Assigned to Hon. Claudia Wilken<br><br>**ORDER RE CLASS CERTIFICATION NOTICE PLAN**<br><br>*[Filed by Plaintiffs concurrently with Proposed UCL Class Certification Notice Plan]*<br><br>Action filed: October 24, 2008<br>Trial date: None |

1

After considering the proposed class certification notice plan filed jointly by the parties, IT IS HEREBY ORDERED that the following class certification notice plan shall be implemented:

| | |
|---|---|
| Deadline for Plaintiff to provide Defendants a TPA contract and assurances regarding the security of class member data ("TPA Information") | **5 days following the entry of this Order** |
| Deadline for Defendants to file notice of agreement or objection to the TPA | **5 days following provision of TPA Information to Defendants** |
| Deadline for Defendants to provide the names and last-known addresses of class members ("Class List") to the third-party administrator ("TPA"). | **14 days after the date of filing agreement to the TPA** |
| Deadline for mailing the Class Notice, attached to the parties' Proposed UCL Class Certification Notice Plan as Exhibit A, to class members | **45 days after the TPA receives the Class List from Defendants** (subject to change, as necessary, if the Class List includes significantly more than the estimated 180,000 members) |
| Deadline for putative class members to exclude themselves from the class | **45 days after the postmark date of the Class Notice** |

IT IS SO ORDERED.

DATED: 2/23/10

_____
Hon. Claudia Wilken
U.S. District Court for the Northern District of California