1  MCGUIREWOODS LLP
   Susan L. Germaise (State Bar No. 176595)
2  1800 Century Park East, 8th Floor
   Los Angeles, CA 90067
3  Telephone: (310) 315-8200
4  Telecopier: (310) 315-8210
   sgermaise@mcguirewoods.com
5
   David L. Hartsell *Pro Hac Vice*
6  77 West Wacker Drive, Suite 4100
   Chicago, IL 60601-1818
7  dhartsell@mcguirewoods.com
8
   Attorneys for Defendant
9  COMPUCREDIT CORPORATION

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

| 13  WANDA GREENWOOD, LADELLE HATFIELD and DEBORAH MCCLEESE, on behalf of themselves and others similarly situated, | CASE NO. 4:08-CV-4878-CW |
|---|---|
|  | **[Magistrate Elizabeth Laporte]** |
| Plaintiffs, | **[PROPOSED] ORDER ON STIPULATED REQUEST FOR ORDER EXTENDING HEARING ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO TAKE SECOND 30(b)(6) DEPOSITION OF DEFENDANT COMPUCREDIT CORPORATION** |
| vs. |  |
| COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually, |  |
| Defendants. |  |

22       Good cause appearing therefor, the Parties' April 6, 2010 Stipulated Request for Order
23  Extending Hearing on Plaintiffs' Motion for Leave of Court to Take Second 30(b)(6) Deposition
24  of Defendant CompuCredit Corporation is GRANTED and the following dates ordered:

11064867.1

1       a.     Opposition Brief - From April 7, 2010 to **April 13, 2010**

2            Reply Brief - From April 14, 2010 to **April 20, 2010**

3       b.     Hearing on Plaintiffs' Motion for Leave to Take Second 30(b)(6) Deposition of CompuCredit - From April 28, 2010 to **May 4, 2010.** at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 7, 2010

_____
The Honorable Magistrate Elizabeth Laporte

11064867.1

2

[Proposed] ORDER ON STIPULATION
Case No.: 4:08-cv-4878

# CERTIFICATE OF SERVICE

I, Susan L. Germaise, certify that on April 6, 2010, the foregoing **PROPOSED ORDER ON STIPULATED REQUEST FOR ORDER EXTENDING HEARING ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO TAKE SECOND 30(b)(6) DEPOSITION OF DEFENDANT COMPUCREDIT CORPORATION** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

| | |
|---|---|
| Jay Edward Smith, Esq.<br>js@gslaw.org | Adrian John Barnes, Esq.<br>abarnes@gslaw.org |
| Christopher Joseph Nicholson<br>cnicholson@waadlaw.com | Gregory Hascal Hawley<br>ghawley@waadlaw.com |
| Kasie M. Braswell, Esq.<br>kasie@taylormartino.com | Laurie Adrea Traktman, Esq.<br>lat@gslaw.org |
| Steven Anthony Martino, Esq.<br>stevemartino@taylormartino.com | William Lloyd Copeland, Esq.<br>lloyd@taylormartino.com |
| Tim A. O'Brien, Esq.<br>tobrien@mofo.com | James R. McGuire, Esq.<br>jmcguire@mofo.com |
| U.W. Clemon, Esq.<br>uwclemon@waadlaw.com | David L. Hartsell, Esq.<br>dhartsell@mcguirewoods.com |
| Stephanie Nicole Johnson, Esq.<br>sjohnson@gslaw.org | |

On April 6, 2010, the following parties admitted *pro hac vice*, without registered NEF email addresses, were served a copy of the efiled document via First Class, Postage-Paid U.S. Mail:

Richard R. Rosenthal, Esq.
Law Offices of Richard R. Rosenthal, PC
200 Title Building
300 N. Richard Arrington Jr. Blvd.
Birmingham, AL 35203

Rebecca G. Depalma, Esq.
2025 3rd Avenue North, Suite 500
Birmingham, AL 35203

/s/ Susan L. Germaise
Susan L. Germaise

11064867.1