IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMPUCREDIT CORPORATION, et al.,<br><br>    Defendants.                     / | No. 08-04878 CW<br><br>ORDER OVERRULING DEFENDANTS' OBJECTIONS TO PROPOSED THIRD PARTY ADMINISTRATOR'S CONTRACT |

    The Court overrules Defendants' objections to the proposed third party administrator's (TPA) contract.  Defendants do not specify the fees set forth in the TPA contract to which they object, except for a $4,000 charge to transfer class members' information and addresses into a database.  With respect to this data transfer, Defendants do not explain why this fee is excessive.  Defendants are of course free to propose more cost-effective providers.  Assuming Defendants can challenge these fees with more specificity, they may renew their objection at the end of the case if Plaintiffs prevail in this litigation and Plaintiffs try to recoup these costs at that time.

    In accordance with the Court's February 23, 2010 Order Regarding the Class Certification Notice Plan, Defendants shall provide the names and last-known addresses of class members to the

TPA within fourteen days from the date of this order.  The parties shall follow the remaining deadlines as delineated in the plan.

IT IS SO ORDERED.

Dated: 04/22/10

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge

2