```
MCGUIREWOODS LLP
Susan L. Germaise (State Bar No. 176595)
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Telecopier: (310) 315-8210
sgermaise@mcguirewoods.com

David L. Hartsell (Pro Hac Vice)
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818
Telephone:  (312) 849-8100
Telecopier:  (312) 849-3690
dhartsell@mcguirewoods.com
```

Attorneys for Defendant COMPUCREDIT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD and DEBORAH MCCLEESE, on behalf of themselves and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>　　　　　　Defendants. | CASE NO.  4:08-cv-4878 (CW)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' AND DEFENDANT COMPUCREDIT CORPORATION'S JOINT APPLICATION TO MODIFY AND/OR AMEND JULY 13, 2010 ORDER GRANTING PLAINTIFFS' MOTION FOR VERIFICATION OF CLASS SIZE AND MEMBERSHIP** |

　　　　The Joint Application to Modify and/or Amend July 13, 2010 Order Granting Plaintiffs' Motion for Verification of Class Size and Membership, filed by Plaintiffs Wanda Greenwood, Ladelle Hatfield and Deborah McCleese and Defendant CompuCredit Corporation herein, is hereby GRANTED.

　　　　IT IS SO ORDERED.

Dated:  7/22/2010　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

13519033.1

**CERTIFICATE OF SERVICE**

I, Susan L. Germaise, certify that on July 21, 2010, the foregoing [PROPOSED] ORDER RE PLAINTIFFS' AND DEFENDANT COMPUCREDIT CORPORATION'S JOINT APPLICATION TO MODIFY AND/OR AMEND JULY 13, 2010 ORDER GRANTING PLAINTIFFS' MOTION FOR VERIFICATION OF CLASS SIZE AND MEMBERSHIP was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

| | |
|---|---|
| Jay Edward Smith, Esq.<br>js@gslaw.org; jlawton@gslaw.com | Adrian John Barnes, Esq.<br>abarnes@gslaw.org |
| Christopher Joseph Nicholson<br>cnicholson@waadlaw.com | Gregory Hascal Hawley<br>ghawley@waadlaw.com |
| Kasie Moore Braswell, Esq.<br>kasie@taylormartino.com | Laurie Adrea Traktman, Esq.<br>lat@gslaw.org |
| Steven Anthony Martino, Esq.<br>stevemartino@taylormartino.com | William Lloyd Copeland, Esq.<br>Lloyd@taylormartino.com |
| Tim A. O'Brien, Esq.<br>tobrien@mofo.com | James R. McGuire, Esq.<br>jmcguire@mofo.com |
| U.W. Clemon, Esq.<br>uwclemon@waadlaw.com | David L. Hartsell, Esq.<br>dhartsell@mcguirewoods.com |
| Stephanie Nicole Johnson, Esq.<br>sjohnson@gslaw.org | Richard Rockwell Rosenthal, Esq.<br>Rosenthal@bellsouth.net |
| Rebecca Garity DePalma, Esq.<br>rdepalma@whitearnolddowd.com | Linda Sophia Fang, Esq.<br>lfang@gslaw.org, adj@gslaw.org |

/s/ Susan L. Germaise
Susan L. Germaise

13519033.1

2