IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>Defendants. | Case No. 4:08-cv-4878 CW (EDL)<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES** |

Plaintiff Deborah McCleese's motion for leave to propound additional interrogatories came on for hearing on August 3, 2010. Appearances were as stated in the record. For the reasons stated during the hearing, the Court hereby Orders that Plaintiff's motion is GRANTED IN PART AND DENIED IN PART, as follows:

1.   Plaintiff's motion for leave to serve proposed Interrogatory Nos. 1, 2, and 3 on Defendant CompuCredit Corporation is GRANTED.

2.   Plaintiff's motion for leave to serve proposed Interrogatory No. 4 on CompuCredit is DENIED WITHOUT PREJUDICE, based on CompuCredit's agreement to produce transaction histories for all class members in an electronic, searchable format to Plaintiff. CompuCredit shall produce the transaction histories to Plaintiff's counsel by August 19, 2010. To the extent necessary, CompuCredit shall cooperate with Plaintiffs and/or their expert in order to accomplish the transfer of the transaction histories.

///

///

3. Plaintiff's motion for leave to serve proposed Interrogatory No. 5 on CompuCredit is GRANTED IN PART AND DENIED IN PART WITHOUT PREJUDICE, based on CompuCredit's agreement to produce transaction histories for all class members to Plaintiff. Plaintiff may rewrite proposed Interrogatory No. 5, with reference to the deposition of John Hogan, CompuCredit's representative, to clarify the nature of the requested information.

4. CompuCredit is Ordered to provide responses to Plaintiff's Interrogatory Nos. 1, 2, 3 and 4 (it being agreed that Interrogatory No. 4 can be addressed by CompuCredit providing transaction histories as set forth in Paragraph 2) by August 24, 2010. Plaintiff may review CompuCredit's responses to the Interrogatories and, to the extent necessary, and only after meeting and conferring regarding any issues, may file a motion to compel. To the extent any such motion shall be filed, it shall be filed by September 14, 2010.

IT IS SO ORDERED.

Dated: __August 6, 2010_____        _____*Elizabeth D. Laporte*_____
                                          Hon. Elizabeth D. Laporte
                                          U.S. District Court, Northern District of California

---

CASE NO. 4:08-CV-4878 CW (EDL)                1
[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES

1

**CERTIFICATE OF SERVICE**

2   I, Linda S. Fang, certify that on <u>August 5, 2010</u>, the foregoing document entitled:

3   **[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION
FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES**

4

5   was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

6

7   John Edward Smith
js@gslaw.org

David L. Hartsell
dhartsell@mcguirewoods.com

8   Laurie Adrea Traktman
lat@gslaw.org

Susan L. Germaise
sgermaise@mcguirewoods.com

9

10  Adrian John Barnes
abarnes@gslaw.org

James R. McGuire
jmcguire@mofo.com

11  Linda S. Fang
lfang@gslaw.org

Tim A. O'Brien
tobrien@mofo.com

12

13  Stephanie Nicole Johnson
sjohnson@gslaw.org

14  Gregory Hascal Hawley
ghawley@waadlaw.com

15

16  U. W. Clemon
uwclemon@waadlaw.com

17  Christopher Joseph Nicholson
cnicholson@waadlaw.com

18

19  Rebecca Garity DePalma
rdepalma@whitearnolddowd.com

20  Steven Anthony Martino
stevemartino@taylormartino.com

21

22  William Lloyd Copeland
lloyd@taylormartino.com

23  Kasie Moore Braswell
kasie@taylormartino.com

24

25  Richard R. Rosenthal
rosenthallaw@bellsouth.net

26  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 5, 2010, at Los Angeles, California.

27

28
\_\_\_\_\_s/  Linda S. Fang_____
Linda S. Fang

CASE NO. 4:08-CV-4878 CW (EDL)

CERTIFICATE OF SERVICE