1  JAY SMITH (California Bar No. 166105)
   (Email: js@gslaw.org)
2  ADRIAN BARNES (California Bar No. 253131)
   (Email: abarnes@gslaw.org)
3  LINDA S. FANG (California Bar No. 240245)
   (Email: lfang@gslaw.org)
4  **GILBERT & SACKMAN, A Law Corporation**
   3699 Wilshire Boulevard, Suite 1200
5  Los Angeles, California 90010
   Tel: (323) 938-3000, Fax: (323) 937-9139
6
   STEVEN A. MARTINO *(pro hac vice)*
7  (Email: stevemartino@taylormartino.com)
   W. LLOYD COPELAND *(pro hac vice)*
8  (Email: lloyd@taylormartino.com)
   KASIE M. BRASWELL *(pro hac vice)*
9  (Email: kasie@taylormartino.com)
   **TAYLOR MARTINO ZARZAUR, P.C.**
10 51 St. Joseph Street
   Mobile, Alabama 36602
11 Tel: (251) 433-3131, Fax: (251) 405-5080

12 GREGORY HAWLEY *(pro hac vice)*
   (Email: ghawley@waadlaw.com)
13 U. W. CLEMON *(pro hac vice)*
   (Email: uwclemon@waadlaw.com)
14 CHRISTOPHER J. NICHOLSON *(pro hac vice)*
   (Email: cnicholson@waadlaw.com)
15 REBECCA G. DEPALMA *(pro hac vice)*
   (Email: rdepalma@whitearnolddowd.com)
16 **WHITE ARNOLD & DOWD, P.C.**
   2025 Third Avenue North, Suite 500
17 Birmingham, Alabama 35203
   Tel: (205) 323-1888, Fax: (205) 323-8907
18
   Attorneys for Plaintiffs Wanda Greenwood,
19 Ladelle Hatfield, and Deborah McCleese

20              IN THE UNITED STATES DISTRICT COURT

21       FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| 22  WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE, on behalf of themselves and all others similarly situated, | Case No. 4:08-cv-4878 CW (EDL) |
| 23 | Assigned to the Honorable Claudia Wilken |
| 24                Plaintiffs, | **LIMITED STIPULATION ENLARGING TIME FOR DISCOVERY; [PROPOSED] ORDER** |
| 25        v. | |
| 26  COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually, | |
| 27                Defendants. | |
| 28 | |

Pursuant to Civil L.R. 6-2, Plaintiffs and Defendant CompuCredit Corporation ("CompuCredit") (collectively, "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the discovery cut-off date was August 31, 2010, and the deadline for any motions to compel is seven days after that date, or September 7, 2010; and

WHEREAS, at Plaintiffs' request, CompuCredit voluntarily agreed to produce CompuCredit employee Rick Gilbert and former CompuCredit employee Rick Huddleston for deposition in August but, due to scheduling problems, the parties have agreed to reschedule those depositions for September; and

WHEREAS, on September 2, 2010, CompuCredit served Plaintiffs' counsel with Amended Responses to Plaintiffs' Third Set of Special Interrogatories and Plaintiffs' Fifth Set of Requests for Production, and, as such, agrees that Plaintiffs may have until September 9, 2010 within which to bring a motion to compel with regard to same, if necessary; and

WHEREAS, on September 3, 2010, CompuCredit attempted to serve Plaintiffs' counsel with the telephone numbers and email addresses (to the extent maintained by CompuCredit) of the UCL class members, and, as such, agrees that Plaintiffs may have seven (7) days after receipt of said telephone numbers and email addresses within which to bring a motion to compel with regard to same, if necessary; and

WHEREAS, on August 24, 2010, Plaintiffs' counsel provided CompuCredit with a list of column headings and codes from the class member database for which Plaintiffs' counsel required further explanation and, further, that CompuCredit has agreed to cooperate with Plaintiffs' counsel to provide such further explanation by no later than September 13, 2010 and, further, agrees that Plaintiffs may have seven (7) days after receipt of such further explanation within which to bring a motion to compel with regard to same, if necessary; and

WHEREAS, on August 31, 2010, Plaintiffs' counsel requested that CompuCredit provide an updated version of the declaration previously submitted by John Hogan dated June 28, 2010 and, further, that CompuCredit has agreed to do so by no later than September 13, 2010 and, further, agrees that

Plaintiffs may have seven (7) days after receipt of the updated version of the declaration within which to bring a motion to compel with regard to same, if necessary; and

  WHEREAS, the parties wish to avoid any further discovery disputes; and

  WHEREAS, the parties do not wish to delay the litigation of this case or continue the discovery cut-off date generally, and the time modification will not affect any of the current deadlines in the case.

  **IT IS SO STIPULATED.**

DATED: September 7, 2010      **GILBERT & SACKMAN**
                  **A LAW CORPORATION**

                  By:   s/ Adrian Barnes
                      Adrian Barnes
                  Attorneys for Plaintiffs Wanda Greenwood, Ladelle Hatfield, and Deborah McCleese

DATED: September 7, 2010      **MCGUIREWOODS LLP**

                  By:   s/ Susan L. Germaise
                      Susan L. Germaise
                  Attorneys for Defendant CompuCredit Corporation

I, Adrian Barnes, am the ECF user filing the above Limited Stipulation Enlarging Time for Discovery. In compliance with General Order 45, I hereby attest that Susan L. Germaise concurred in this filing.

DATED: September 7, 2010      **GILBERT & SACKMAN**
                  **A LAW CORPORATION**

                  By:   s/ Adrian Barnes
                      Adrian Barnes
                  Attorneys for Plaintiffs Wanda Greenwood, Ladelle Hatfield, and Deborah McCleese

              **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 8, 2010         _____
                    Hon. Claudia Wilken
                    United States District Judge