1  MCGUIREWOODS LLP
   Susan L. Germaise (State Bar No. 176595)
2  1800 Century Park East, 8th Floor
   Los Angeles, CA 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4  sgermaise@mcguirewoods.com

5  David L. Hartsell (Pro Hac Vice)
   77 West Wacker Drive, Suite 4100
6  Chicago, IL 60601
   (312) 849-8100
7  (312) 849-3690 (fax)
   dhartsell@mcguirewoods.com
8
   Attorneys for Defendant COMPUCREDIT CORPORATION
9

10
                          UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12

13
   | WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE on behalf of themselves and all others similarly situated, | CASE NO. 4:08-CV-4878 (CW) |
   |---|---|
   | | ORDER ADOPTING STIPULATED EXTENSION |
   | Plaintiffs, | |
   | vs. | |
   | COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually, | |
   | Defendants. | |

28108182.1

Proposed Order

1    Having considered the Stipulated Request for An Order Extending Dates, and good cause
2 appearing therefore, the Court hereby GRANTS the Motion, incorporating CompuCredit's
3 response, and ORDERS as follows:
4    a.    Deadline for Defendants' Expert Disclosures is continued from December 15, 2010
5 to January 14, 2011;
6    b.    Deadline for Plaintiffs' to Take the Deposition of Defendants' Experts is continued
7 from January 15, 2011 to February 28, 2011;
8    c.    Deadline for Defendants' Expert Disclosures is continued from December 15, 2010
9 to January 15, 2011;
10   d.    Deadline for Completion of Expert Depositions is continued from January 15, 2011
11 to February 28, 2011;
12   e.    Deadline for Motions for Summary Judgment is continued from January 21, 2011
13 to March 24, 2011;
14   f.    Deadline to for Oppositions to Motions for Summary Judgment is continued from
15 January 28, 2011 to March 31, 2011;
16   g.    Deadline to Replies on Motions for Summary Judgment is continued from February
17 4, 2011 to April 7, 2011.
18   h.    The Hearing Date on the Motions for Summary Judgment will be continued from
19 February 17, 2011 to April 21, 2011.
20   The Final Pretrial Conference remains set for August 9, 2011 and the Trial remains set for
21 August 22, 2011.
22
23 DATED: 12/16/2010                                       _____
                                                          CLAUDIA WILKEN
24
25
26
27
28

28108182.1
                                    2
                              Proposed Order