JAY SMITH (California Bar No. 166105)
(Email: js@gslaw.org)
ADRIAN BARNES (California Bar No. 253131)
(Email: abarnes@gslaw.org)
LINDA S. FANG (California Bar No. 240245)
(Email: lfang@gslaw.org)
**GILBERT & SACKMAN, A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000, Fax: (323) 937-9139

STEVEN A. MARTINO *(pro hac vice)*
(Email: stevemartino@taylormartino.com)
W. LLOYD COPELAND *(pro hac vice)*
(Email: lloyd@taylormartino.com)
KASIE M. BRASWELL *(pro hac vice)*
(Email: kasie@taylormartino.com)
**TAYLOR MARTINO ZARZAUR, P.C.**
51 St. Joseph Street
Mobile, Alabama 36602
Tel: (251) 433-3131, Fax: (251) 405-5080

GREGORY HAWLEY *(pro hac vice)*
(Email: ghawley@waadlaw.com)
U. W. CLEMON *(pro hac vice)*
(Email: uwclemon@waadlaw.com)
CHRISTOPHER J. NICHOLSON *(pro hac vice)*
(Email: cnicholson@waadlaw.com)
REBECCA G. DEPALMA *(pro hac vice)*
(Email: rdepalma@whitearnolddowd.com)
**WHITE ARNOLD & DOWD P.C.**
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Tel: (205) 323-1888, Fax: (205) 323-8907

Attorneys for Plaintiffs Wanda Greenwood,
Ladelle Hatfield, and Deborah McCleese

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>Defendants. | Case No. 4:08-cv-4878 (CW)<br><br>**ORDER ADOPTING STIPULATED EXTENSION** |

CASE NO. 4:08-CV-4878 (CW)

~~PROPOSED~~ ORDER

Having considered the Stipulated Request for an Order Extending Dates, and good cause appearing therefor, the Court hereby ORDERS as follows:

a. Deadline for Plaintiffs to take the Deposition of Defendants' Experts is continued from February 28, 2011 to March 14, 2011;

b. Deadline for Completion of Expert Depositions is continued from February 28, 2011 to March 14, 2011;

c. Deadline for Motions for Summary Judgment is continued from March 24, 2011 to April 7, 2011;

d. Deadline for Oppositions to Motions for Summary Judgment is continued from March 31, 2011 to April 14, 2011;

e. Deadline for Replies on Motions for Summary Judgment is continued from April 7, 2011 to April 21, 2011;

f. The Hearing Date on the Motions for Summary judgment is continued from April 21, 2011 to May 5, 2011.

The Final Pretrial Conference remains set for August 9, 2011, and the Trial remains set for August 22, 2011.

DATED: 2/16/2011

HONORABLE CLAUDIA A. WILKEN

CASE NO. 4:08-CV-4878 (CW)

~~PROPOSED~~ ORDER