MCGUIREWOODS LLP
Susan L. Germaise (State Bar No. 176595)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
sgermaise@mcguirewoods.com

David L. Hartsell (Pro Hac Vice)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com

Attorneys for Defendant COMPUCREDIT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>      Defendants. | CASE NO. 4:08-CV-4878 (CW)<br><br>ORDER ADOPTING STIPULATED EXTENSION |

30207072.1

Proposed Order

Having considered the Stipulated Request for An Order Extending Dates, and good cause appearing therefore, the Court hereby GRANTS the Motion, and ORDERS as follows:

    a.    Deadline for Motions for Summary Judgment:
           April 7, 2011 to May 5, 2011;

    b.    Deadline for Oppositions to Motions for Summary Judgment:
           April 14, 2011 to May 12, 2011;

    c.    Deadline for Replies on Motions for Summary Judgment:
           From April 21, 2011 to May 19, 2011;

    d.    Hearing Date on the Motions for Summary Judgment:
           May 5, 2011 to June 2, 2011.

    **e.**    **Hearing Date on the Further Case Management Conference:
           May 5, 2011 to June 2, 2011.**

The Final Pretrial Conference remains set for August 9, 2011 and the Trial remains set for August 22, 2011.

DATED: **3/31/2011**             _____
                                                  CLAUDIA WILKEN