MCGUIREWOODS LLP
SUSAN L. GERMAISE (State Bar No. 176595)
1800 Century Park East, 8th Floor
Los Angeles, CA  90067
(310) 315-8200
sgermaise@mcguirewoods.com

DAVID L. HARTSELL (*pro hac vice*)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
(312) 849-3690
dhartsell@mcguirewoods.com

Attorneys for Defendant
COMPUCREDIT CORPORATION

MORRISON & FOERSTER LLP
JAMES R. MCGUIRE (State Bar No. 189275)
425 Market Street
San Francisco, California  94105-2482
(415) 268 -7000
JMcGuire@mofo.com

TIM A. O'BRIEN (*pro hac vice*)
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 887-1500
TOBrien@mofo.com

Attorneys for Defendant
COLUMBUS BANK AND TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>           Defendants. | CASE NO. 4:08-CV-4878 (CW)<br><br>**ORDER ON DEFENDANTS' EMERGENCY MOTION TO STAY PROCEEDINGS PENDING A MOTION TO COMPEL ARBITRATION ON PLAINTIFF'S UCL CLAIM** |

30882258.1

~~Proposed~~ Order

1    Having considered the Motion of Defendants to Stay Proceedings Pending a Motion to
2 Compel Arbitration on Plaintiff's UCL Claim, and having reviewed *AT&T Mobility, LLC v.*
3 *Conception* (No. 09–893, April 27, 2011) and good cause appearing therefore, the Court hereby
4 GRANTS the Motion, and ORDERS as follows:
5    The instant action is hereby STAYED until such time as the Court rules on Defendants'
6 Motion to Compel Arbitration on Plaintiff's UCL Claim.  Defendants shall file this motion by
7 May 4 and notice it for hearing on June 9, 2011 at 2:00 p.m.  A further Case Management
8 Conference will be held at that time, and the parties shall file a joint case management statement a
9 week before the conference.  The pretrial and trial dates are not vacated at this time.

12 DATED:  4/29/2011                                    _____
                                                        CLAUDIA WILKEN
13                                                      UNITED STATES DISTRICT JUDGE

30882258.1
                                            2
                                     Proposed Order