IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD; LADELLE HATFIELD; and DEBORAH MCCLEESE, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>    Defendants.                / | No. 08-04878 CW<br><br>ORDER FOR FURTHER BRIEFING REGARDING DEFENDANTS' MOTION TO COMPEL ARBITRATION |

    This lawsuit consists of two causes of action, a claim under the Credit Repair Organizations Act, 15 U.S.C. § 1679 et seq., and a claim under this state's Unfair Competition Law, California Business & Professions Code section 17200 et seq.  Both claims arise from the marketing and issuance of a credit card under the brand name Aspire Visa to consumers.  Defendants have appealed this Court's order denying their motion to compel arbitration of the CROA claim.

    Defendants have also moved to compel arbitration of the UCL claim.  They raised various new arguments in their reply brief. In response, at the hearing Plaintiff Deborah McCleese argued, for the first time, that National Arbitration Forum Rule 44(G)(1) renders unconscionable the delegation clause of the credit card

agreement.  After further review, the Court requires additional briefing on the new arguments.

Therefore, on or before December 9, 2011, Plaintiff shall address, in a brief not to exceed ten pages, Defendants' contentions that (1) the California Arbitration Act, including California Code of Civil Procedure section 1284.3, does not apply to the arbitration provision here because the parties did not express a clear intent to incorporate the state's rules of arbitration; (2) the FAA preempts section 1284.3; and (3) federal law governs the severability of the arbitration provision and allows its severance in the event it is found unconscionable.

On or before December 16, 2011, in a brief not to exceed ten pages, Defendants shall address Plaintiff's argument that Rule 44(G)(1) renders the delegation clause unconscionable, and may reply to Plaintiff's supplemental brief.  Plaintiff may file a three page reply brief on or before December 23, 2011.

The December 13, 2011 case management conference is reset for February 22, 2012 at 2:00 pm.

IT IS SO ORDERED.

Dated: 11/23/2011

CLAUDIA WILKEN
United States District Judge

2