IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD; LADELLE HATFIELD; and DEBORAH MCCLEESE, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>    Defendants. | No. 08-04878 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION<br>(Docket No. 397) |

Plaintiff Deborah McCleese moves under this Court's Civil Local Rule 7-9(b)(3) for leave to file a motion for reconsideration. Pursuant to this provision, the party requesting leave must specifically show a manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such order. Having considered the request and Defendant's response, the Court finds that leave is unwarranted because its March 5, 2012 order fully considered Plaintiff's contention that Defendant had acted in bad faith.

    IT IS SO ORDERED.

Dated: 3/27/2012

CLAUDIA WILKEN
United States District Judge