UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD and DEBORAH MCCLEESE, etc. <br><br> Plaintiff(s) <br><br> v. <br><br> COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, Jointly and individually, <br><br> Defendant(s) | CASE NO.: 4:08-4878(CW) |

## ORDER

Upon consideration of Gregory H. Hawley's Motion to Withdraw, the Court hereby GRANTS said motion.

Done this the 19th day of June, 2013.

_____
UNITED STATED DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above pleading has been served upon all counsel of record listed below via CM/ECF on this the 10th day of June, 2013.

                                                */s/ Gregory H. Hawley*