# UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD and DEBORAH MCCLEESE, etc.<br><br>  Plaintiff(s)<br><br>v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, Jointly and individually,<br><br>  Defendant(s) | CASE NO.: 4:08-4878(CW) |

## ORDER

Upon consideration of Christopher J. Nicholson's Motion to Withdraw, the Court hereby GRANTS said motion.

Done this the <u>19th</u> day of <u>  June  </u>, 2013.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above pleading has been served upon all counsel of record listed below via CM/ECF on this the 10th day of June, 2013.

                                             */s/ Gregory H. Hawley*