UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD and DEBORAH MCCLEESE, etc. | ) ) ) ) | |
| Plaintiff(s) | ) ) | CASE NO.: 4:08-4878(CW) |
| v. | ) ) | |
| COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, Jointly and individually, | ) ) ) ) | |
| Defendant(s) | ) | |

### ORDER

Upon consideration of Christopher J. Nicholson's Motion to Withdraw, the Court hereby GRANTS said motion.

Done this the  19th  day of   June   , 2013.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above pleading has been served upon all counsel of record listed below via CM/ECF on this the 10th day of June, 2013.

                                            */s/ Gregory H. Hawley*