JAY SMITH (California Bar No. 166105)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone:   (323) 938-3000
Fax:         (323) 937-9139

STEVEN A. MARTINO *(pro hac vice)*
W. LLOYD COPELAND *(pro hac vice)*
**TAYLOR-MARTINO-ZARZAUR, PC**
51 St. Joseph Street
Mobile, Alabama  36602
Telephone:   (251) 433-3131
Fax:         (251) 405-5080

RICHARD R. ROSENTHAL *(pro hac vice)*
**LAW OFFICE OF RICHARD R. ROSENTHAL P.C.**
300 Arrington Blvd. N. Ste. 200
Birmingham, Alabama  35203
Telephone:   (205) 252-1146
Fax:         (205) 252-4907

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WANDA GREENWOOD, LADELLE HATFIELD, and DEBORAH MCCLEESE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPUCREDIT CORPORATION; COLUMBUS BANK AND TRUST, jointly and individually,<br><br>Defendants. | Case No. 4:08-cv-4878(CW)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE ADMINISTRATOR OF DEBORAH MCCLEESE'S ESTATE FOR DECEASED PLAINTIFF DEBORAH MCCLEESE, TO VOLUNTARILY DISMISS DEBORAH MCCLEESE'S CLAIMS WITH PREJUDICE, AND TO VOLUNTARILY DISMISS THE CLAIMS OF THE UCL CLASS WITHOUT PREJUDICE** |

The Court having considered the Unopposed Motion to Substitute Administrator of Deborah McCleese's Estate for Deceased Plaintiff Deborah McCleese, to Voluntarily Dismiss Deborah McCleese's Claims With Prejudice, and to Voluntarily Dismiss the Claims of the UCL Class Without Prejudice, submitted by Angela N. Taylor, as Administrator of the Estate of Deborah McCleese, Decedent, and good cause appearing, IT IS HEREBY ORDERED as follows:

The Motion is GRANTED. Angela N. Taylor, in her capacity as Administrator of the Estate of Deborah McCleese, Decedent, is SUBSTITUTED for the Deceased Plaintiff Deborah McCleese. The individual UCL and CROA claims of Plaintiff Deborah McCleese are DISMISSED WITH PREJUDICE. The UCL claims of the class members previously certified for class-action treatment (Dkt. No. 209) are DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own costs.

IT IS SO ORDERED.

DATED: _____July 25, 2014

BY: _____
CLAUDIA WILKEN
Chief United States District Judge